**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TORUS VENTURES LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00115-JRG |
| | § | |
| N.E. PROPERTY MANAGEMENT, LLC, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Notice of Voluntary Dismissal with Prejudice (the "Notice") filed by Plaintiff Torus Ventures LLC ("Plaintiff"). (Dkt. No. 12). In the Notice, Plaintiff "dismisses this action with prejudice" under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1). Defendant N.E. Property Management, LLC has not yet answered the Complaint or moved for summary judgment. (*Id.*).

Having considered the Notice, the Court **ACKNOWLEDGES AND ACCEPTS** that all of Plaintiff's claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 22nd day of May, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE